FILED
Apr 24 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>HEATHER RAE BORGES,<br><br>        Defendant. | Case No. 4:21-cr-00273-YGR-1 (DMR)<br><br>**ORDER RE: BAIL REVOKED AND DEFENDANT REMANDED TO CUSTODY** |

Pretrial Services filed a Petition for Arrest Warrant for Defendant under Pretrial Supervision [Docket No. 141]. After conducting a hearing on April 24, 2023, the court entered the following orders:

1. Defendant's parents, Laura and Robert Borges, are removed as Sureties/Co-signers on Defendant's Bond.

2. The Defendant's bail is REVOKED.

3. The Defendant is REMANDED to the custody of the U.S. Marshal pending further proceedings before District Judge Yvonne Gonzalez Rogers or until further order of this court.

**IT IS SO ORDERED.**

Dated: April 24, 2023

_____
DONNA M. RYU
Chief Magistrate Judge